**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted September 24, 2009
Decided November 12, 2009

*Before*

WILLIAM J. BAUER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>No. 09-1349　　　　　v.<br><br>STEPHEN GOLDEN,<br>　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Indiana, Hammond Division.<br>]<br>] No. 2:94-cr-00086-RL-1<br>]<br>] Rudy Lozano, *Judge*. |

**O R D E R**

A § 3582(c)(2) request for sentence modification is discretionary, *United States v. Cunningham*, 554 F.3d 703, 707 (7th Cir. 2009), even for defendant Stephen Golden whose Guideline range was lowered to 360 months to life from a range of life, and despite Golden's argument to the contrary a district judge is permitted to have a sentence alone which is what the judge did in Golden's case. Id. The district judge did not abuse his discretion in handling Golden's § 3582(c)(2) motion. And, like his decision whether to grant a sentence reduction, the district judge's decision not to conduct a hearing is committed to his discretion. *United States v. Young*, 555 F.3d 611, 615 (7th Cir. 2009).

AFFIRMED.